FLORENCE L. PETTERSON, appellant,

*v.*

FREDERICK H. PETTERSON, respondent.

[Argued March 24th, 1914. Decided May 8th, 1914.]

On appeal from a decree of the court of chancery advised by Advisory Master Charles H. Hartshorne.

*Mr. Lewis A. Allen,* for the appellant.

*Mr. Peter W. Stagg,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Advisory Master Hartshorne.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—9.

*For reversal*—None.